# **<u>EXHIBIT 1</u>**

U.S. Patent No. US9812876B2
Title: Wall socket with load detecting circuit
Accused Instrumentality: Eaton 60W USB Power Delivery Type A/C

| Claim Language | Accused Instrumentality |
|---|---|
| 1. A wall socket, comprising:<br><br>a socket housing; | The Accused Instrumentality is a wall socket comprising a socket housing.<br><br> |



- No data transfer capability
- Replaces a standard duplex receptacle and uses a decorator style wallplate

**60W USB POWER DELIVERY TYPE A/C DUPLEX RECEPTACLE**
2-pole, 3-wire grounding

| Rating | | Description | USB port Max Output Capacity | | Color suffix | Catalog no. |
|---|---|---|---|---|---|---|
| A | V/AC | | Type-A | Type-C | | |
| 15 | 125 | USB power delivery receptacle - Type A/C | 12W | 60W | W | ☐ TRUSBPDAC15__ |
| 20 | 125 | | 12W | 60W | W | ☐ TRUSBPDAC20__ |

cULus Listed to UL498 and UL1310, E15058

**60W USB POWER DELIVERY DUAL TYPE C DUPLEX RECEPTACLE**
2-pole, 3-wire grounding

| Rating | | Description | USB port Max Output Capacity | | Color suffix | Catalog no. |
|---|---|---|---|---|---|---|
| A | V/AC | | Type-A | Type-C | | |
| 15 | 125 | USB power delivery receptacle - Dual type C | - | 60W | W | ☐ TRUSBPDC15__ |
| 20 | 125 | | - | 60W | W | ☐ TRUSBPDC20__ |

cULus Listed to UL498 and UL1310, E15058

**Color ordering information:**
For ordering devices, include Catalog No. followed by the Color suffix: W (White)

**AVAILABLE IN THESE COLORS**
*For ordering devices, include Cat. no. followed by the color suffix, for example: TRUSBPD15_**W**

| W |
|---|
| White |

TRUSBPDAC15    TRUSBPDAC20

TRUSBPDC15    TRUSBPDC20

https://www.eaton.com/content/dam/eaton/products/wiring-devices-and-connectivity/wiring-devices/usb-receptacles/usb-devices-with-pd-brochure.pdf

 



| | |
|---|---|
| an input terminal, wherein the input terminal of the wall socket is configured to receive an input voltage from a power grid; | The Accused Instrumentality comprises an input terminal configured to receive an input voltage from a power grid. For example, the input terminal is connected to an AC wall outlet, which receives voltage from a power grid.<br><br> |
| an output terminal arranged at a side of the socket housing and configured to output a dc output voltage; | The Accused Instrumentality comprises an output terminal arranged at a side of the socket housing and configured to output a DC voltage. For example, the housing comprises USB terminals arranged at a side of socket that are configured to output a dc output voltage. |



Socket Housing



- TRUSBPDAC - Type A and Type C - combined total 60W

  - Single port: Type A : 5V, 2.4A
  - Type C:5V/9V/12V/15V/20V, 3A
  - Dual port: Type A: 5V, 2.4A
  - Type C: 5V/3A, 9V/3A, 12V/3A, 15V/3A, 20V/2.4A

| | |
|---|---|
| | **60W USB POWER DELIVERY TYPE A/C DUPLEX RECEPTACLE** <br>2-pole, 3-wire grounding<br><br>Rating / USB port Max Output Capacity table:<br><br>| **Rating** | | | **USB port Max Output Capacity** | | | |<br>| A | V/AC | Description | Type-A | Type-C | Color suffix | Catalog no. |<br>|---|---|---|---|---|---|---|<br>| 15 | 125 | USB power delivery receptacle - Type A/C | 12W | 60W | W | ☐ TRUSBPDAC15__ |<br>| 20 | 125 | | 12W | 60W | W | ☐ TRUSBPDAC20__ |<br><br>https://www.eaton.com/content/dam/eaton/products/wiring-devices-and-connectivity/wiring-devices/usb-receptacles/usb-devices-with-pd-brochure.pdf |
| a power converting circuit arranged in the socket housing and configured to convert the input voltage to the dc output voltage according to a control signal; and | The Accused Instrumentality comprises a power converting circuit within the socket housing, which converts the input voltage into a DC output voltage based on a control signal. For example, the device utilizes **AC-DC circuitry** and **synchronous buck controller/MOSFET circuitry** that converts the input voltage according to a control signal.<br><br> |



# SC1933C/SC1936C

Off-Line CV/CC QR Flyback Switcher IC with Integrated Primary Switch, Synchronous Rectification and FluxLink Feedback

### Product Highlights

**Highly Integrated, Compact Footprint**
- Up to 94% efficiency across full load range
- Quasi-Resonant (QR) / CCM flyback controller, high-voltage switch, secondary-side sensing and synchronous rectification driver
- Integrated FluxLink™, HIPOT-isolated, feedback link
- Easily interfaces to load-directed and fast charge protocol ICs
- Constant Power (CP) Profile minimizes charging time with continuous adjustment of output current and voltage
- Accurate CV/CC/CP, independent of external components
- External IS resistor allows custom CC programming
- Instantaneous transient response with 0%-100%-0% load step

**EcoSmart™ — Energy Efficient**
- Less than 30 mW no-load including line sense
- Easily meets all global energy efficiency regulations
- Low heat dissipation

**Advanced Protection / Safety Features**
- Open SR FET-gate detection
- Fast input line UV/OV protection

**Full Safety and Regulatory Compliance**
- Reinforced isolation
- Isolation voltage >4000 VAC
- 100% production HIPOT testing
- UL1577 and TUV (EN60950) safety approved
- Excellent noise immunity enables designs that achieve class "A" performance for EN61000-4; EN61000-4-2, 4-3 (30 V/m), 4-4, 4-5, 4-6, 4-8 (100 A/m) and 4-9 (1000 A/m)

**Green Package**
- Halogen free and RoHS compliant

**Applications**
- High efficiency flyback designs
- USB PD
- Set-top boxes, networking, gaming
- High current chargers and adapters for mobile devices

### Description

SC1933C/SC1936C dramatically simplifies the design and manufacture of flyback power converters, particularly those requiring high efficiency and/or compact size. SC1933C/SC1936C incorporates primary and secondary controllers and safety-rated feedback into a single IC.

SC1933C/SC1936C incorporates multiple protection features including line over and undervoltage protection, output overvoltage and over-current limiting, and over-temperature shutdown. Devices are available that support the common combinations of latching and auto-restart behaviors required by applications such as quick charge and USB PD designs. The devices are available with and without cable-drop compensation.



Figure 1.    Typical Application Schematic.

PI-8644a-062518



Figure 2.    High Creepage, Safety-Compliant InSOP-24D Package.

### Output Power Table

| Product[4] | 230 VAC ± 15% | | 85-265 VAC | |
|---|---|---|---|---|
| | Adapter[1] | Open Frame[2] | Adapter[1] | Open Frame[2] |
| SC1933C | 80 W | 85 W | 65 W | 75 W |
| SC1936C | 90 W | 100 W | 75 W | 85 W |

Table 1.    Output Power Table.
Notes:
1. Lowest maximum continuous power in a typical non-ventilated enclosed adapter measured at 40 °C ambient. (package temperature < 125 °C).
2. Minimum peak power capability.
3. Package: InSOP-24D.

https://skytech.ir/DownLoad/File/7234_SC1933C-H218-TL.pdf



http://www.asemi99.com.cn/PDF/20210518PDF/FMB40M-ASEMI.pdf

| | |
|---|---|
| a load detecting circuit configured to receive an identification signal outputted by an electronic device when the electronic device is connected to the output terminal, and output the control signal according to the identification signal to adjust a voltage level of the dc output voltage of the output terminal, in order to configure the dc output voltage of the output terminal to be the voltage level | The Accused Instrumentality comprises a load detecting circuit that receives an identification signal sent by an electronic device that is connected to the USB output terminal. The circuit outputs a control signal according to the identification signal to adjust a voltage level of the dc output voltage of the output terminal in order to configure the output voltage to correspond to the identification signal, which is selected from a plurality of different voltage levels.<br><br>For example, the USB charging IC receives an identification signal and then outputs a control signal according to the identification signal to adjust a voltage level at the output terminal. The voltage level is selected from a plurality of different voltage levels up to 20V. |

| | |
|---|---|
| corresponding to the identification signal selected from a plurality of different voltage levels; | • **TRUSBPDAC - Type A and Type C - combined total 60W**<br><br>- Single port: Type A : 5V, 2.4A<br>- Type C:5V/9V/12V/15V/20V, 3A<br>- Dual port: Type A: 5V, 2.4A<br>- Type C: 5V/3A, 9V/3A, 12V/3A, 15V/3A, 20V/2.4A<br><br>**FEATURES**<br><br>• Smart chip technology recognizes and optimizes the charging requirements of individual devices<br><br>Source: https://www.eaton.com/content/dam/eaton/products/wiring-devices-and-connectivity/wiring-devices/usb-receptacles/usb-devices-with-pd-brochure.pdf<br><br> |

When a device connects, the Load Detecting Circuit (U2) receives an identification signal via CC lines, then outputs a control signal to the power converting circuit which outputs the selected voltage accordingly (e.g., 5V / 9V / 12V / 15V / 20V).

## How it works

- Negotiating power is simple and robust
  - Source sends its capabilities
  - Sink makes a Request
  - Source Accepts and send PS_Ready
- What happens when the Sink needs more power?
  - Sink can indicate that it needs more power (Capability Mismatch)
  - Source can read Sink's capabilities to determine what it needs to function
- Extended capabilities used to exchange additional information between Source and Sink
- Status provides real-time operational information

D2T2-1 - USB Power Delivery.pdf

## 2.8    Charging Models

This section provides a charging model overview for each of the primary power delivery methods: *Fixed Supply*, *Programmable Power Supply* and *Adjustable Voltage Supply*.

### 2.8.1    Fixed Supply Charging Models

USB Power Delivery supports *Fixed Supply* charging using a set of defined standard voltages with current available up to the limit of the *Source's* and cable's *Advertised Capabilities*. As summarized in *Table 2.1, "Fixed Supply Power Ranges"*, the standard voltages are available in either the *Standard Power Range* (SPR) and/or the *Extended Power Range* (EPR).

Table 2.1  Fixed Supply Power Ranges

| Power Range | Available Current and Voltages | | PDP Range | Notes |
|---|---|---|---|---|
| Standard Power Range (SPR) | 3A: | 5V, 9V, 15V, 20V | 15 – 60W | |
| | 5A[1]: | 20V | >60 – 100W | |
| Extended Power Range (EPR) | 3A[2]: | 5V, 9V, 15V, 20V | 15 – 60W | Requires entry into EPR Mode. |
| | 5A[2]: | 20V | >60 – 100W | |
| | 5A[2]: | 28V, 36V, 48V | >100 – 240W | |
| 1) | Requires 5A cable. | | | |
| 2) | Requires EPR cable. | | | |

### 2.8.2    Programmable Power Supply (PPS) Charging Models

USB Power Delivery includes support for *Programmable Power Supply* (PPS) charging using a set of defined standard voltage ranges. With current up to the limit of the *Source's* and cable's *Advertised Capabilities*. Additionally, when operating in *SPR Mode* the current is also limited by the *Operating Current* field value in the *Request* Message.

Note:    PPS operation is not available in *EPR Mode*.

The standard voltage ranges available in the *Standard Power Range* (SPR) for *PPS* are summarized in *Table 2.2, "PPS Voltage Power Ranges"*.

Table 2.2  PPS Voltage Power Ranges

| Available Current | Prog | Min Voltage (V) | Max Voltage (V) | PDP Range |
|---|---|---|---|---|
| 3A | 9V Prog | 5 | 11 | 16 – 60W |
| | 15V Prog | 5 | 16 | |
| | 20V Prog | 5 | 21 | |
| 5A[1] | 20V Prog | 5 | 21 | 61 – 100W |
| 1) | Requires 5A cable. | | | |

https://www.usb.org/document-library/usb-power-delivery





| | |
|---|---|
| wherein the voltage level of the dc output voltage outputted by the same output pin of the ouput terminal of the wall socket varies according to the identification signal. | The voltage level of the DC output voltage by the same output pin of the output terminal of the wall socket varies according to the identification signal. As one non-limiting example, the terminal outputs a different voltage for one device versus another device. The IC ensures that the voltage level output by the USB port varies according to the device's requirements. |

- TRUSBPDAC - Type A and Type C - combined total 60W
  - Single port: Type A : 5V, 2.4A
  - Type C:5V/9V/12V/15V/20V, 3A
  - Dual port: Type A: 5V, 2.4A
  - Type C: 5V/3A, 9V/3A, 12V/3A, 15V/3A, 20V/2.4A

## FEATURES

- Smart chip technology recognizes and optimizes the charging requirements of individual devices

Source: https://www.eaton.com/content/dam/eaton/products/wiring-devices-and-connectivity/wiring-devices/usb-receptacles/usb-devices-with-pd-brochure.pdf



## 2.8 Charging Models

This section provides a charging model overview for each of the primary power delivery methods: *Fixed Supply*, *Programmable Power Supply* and *Adjustable Voltage Supply*.

### 2.8.1 Fixed Supply Charging Models

USB Power Delivery supports *Fixed Supply* charging using a set of defined standard voltages with current available up to the limit of the *Source's* and cable's *Advertised Capabilities*. As summarized in *Table 2.1, "Fixed Supply Power Ranges"*, the standard voltages are available in either the *Standard Power Range (SPR)* and/or the *Extended Power Range (EPR)*.

**Table 2.1  Fixed Supply Power Ranges**

| Power Range | Available Current and Voltages | | PDP Range | Notes |
|---|---|---|---|---|
| *Standard Power Range (SPR)* | 3A: | 5V, 9V, 15V, 20V | 15 – 60W | |
| | 5A[1]: | 20V | >60 – 100W | |
| *Extended Power Range (EPR)* | 3A[2]: | 5V, 9V, 15V, 20V | 15 – 60W | Requires entry into *EPR Mode*. |
| | 5A[2]: | 20V | >60 – 100W | |
| | 5A[2]: | 28V, 36V, 48V | >100 – 240W | |

1) Requires 5A cable.
2) Requires *EPR* cable.

### 2.8.2 Programmable Power Supply (PPS) Charging Models

USB Power Delivery includes support for *Programmable Power Supply (PPS)* charging using a set of defined standard voltage ranges. With current up to the limit of the *Source's* and cable's *Advertised Capabilities*. Additionally, when operating in *SPR Mode* the current is also limited by the *Operating Current* field value in the *Request Message*.

Note:     *PPS* operation is not available in *EPR Mode*.

The standard voltage ranges available in the *Standard Power Range (SPR)* for *PPS* are summarized in *Table 2.2, "PPS Voltage Power Ranges"*.

**Table 2.2  PPS Voltage Power Ranges**

| Available Current | Prog | Min Voltage (V) | Max Voltage (V) | PDP Range |
|---|---|---|---|---|
| 3A | 9V Prog | 5 | 11 | 16 – 60W |
| | 15V Prog | 5 | 16 | |
| | 20V Prog | 5 | 21 | |
| 5A[1] | 20V Prog | 5 | 21 | 61 – 100W |

1) Requires 5A cable.

https://www.usb.org/document-library/usb-power-delivery

